PERCY H. WILSON, Appellant, v. WILLIAM H. MANDEVILLE, Respondent.

*Wilson v. Mandeville,* 108 App. Div. 358, affirmed.

(Argued November 22, 1906; decided December 18, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 23, 1905, affirming a judgment in favor of defend-

ant entered upon a dismissal of the complaint by the court at a Trial Term in an action for libel.

*Fred L. Eaton* for appellant.

*Allen J. Hastings* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER and WILLARD BARTLETT, JJ. Not sitting: HISCOCK, J.